Commonwealth *v.* Petty, Appellant.

Argued April 10, 1974. *John R. Cook,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.